**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1503**

———————

JONAS OKWUCHUKWU OKWARA,

           Petitioner,

    v.

LORETTA E. LYNCH, Attorney General,

           Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: December 16, 2015     Decided: December 21, 2015

———————

Before DUNCAN and AGEE Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Anthony W. Norwood, Senior Litigation Counsel, Wendy Benner-León, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonas Okwuchukwu Okwara, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his motion to reopen as untimely and numerically barred. We have reviewed the administrative record and the Board's order and find no abuse of discretion. See 8 C.F.R. § 1003.23(b)(1) (2015). We therefore deny the petition for review for the reasons stated by the Board. See In re: Okwara (B.I.A. Apr. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2